IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| G. RUSSELL WARNICK,<br><br>Appellant,<br><br>v.<br><br>RICHARD ARROWSMITH, AS LIQUIDATING TRUSTEE OF THE HDL LIQUIDATING TRUST,<br><br>Appellee,<br><br>LECLAIRRYAN, A PROFESSIONAL CORPORATION,<br><br>Intervenor-Appellee. | Civil Action No.<br>3:16–cv–00876 (JAG) |
| LATONYA S. MALLORY,<br><br>Appellant,<br><br>v.<br><br>RICHARD ARROWSMITH, AS LIQUIDATING TRUSTEE OF THE HDL LIQUIDATING TRUST,<br><br>Appellee,<br><br>LECLAIRRYAN, A PROFESSIONAL CORPORATION,<br><br>Intervenor-Appellee. | Civil Action No.<br>3:16–cv–00877 (JAG) |

## ORDER

This Matter is before the Court on Appellants' Joint Unopposed Motion to Extend Briefing Schedule. Upon due consideration, and for good cause shown, the Motion is hereby GRANTED. Appellants' deadline for filing their opening briefs and appendices in these administratively consolidated appeals is extended by one week, from January 3, 2017, to January 10, 2017.

The deadlines for the Appellees to file their response briefs and the Appellants to file reply briefs—pursuant to Federal Rule of Bankruptcy Procedure 8018(a)(2)–(3)—are correspondingly extended by one week. For the avoidance of doubt, Appellees' response briefs are due February 9, 2017 and Appellants' reply briefs are due February 23, 2017.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of Record.

/s/ 
John A. Gibney, Jr.
~~United States District Judge~~
Hon. John A. Gibney, Jr.
United States District Judge

Date: 12/27/16
Richmond, Virginia

2